# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21190

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Elizabeth L. Arenas<br><br>      Debtor.<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for Chase Home Finance, LLC<br><br>      Movant,<br>  vs.<br><br>Elizabeth L. Arenas, Debtor; Jill H. Ford, Trustee.<br><br>      Respondents. | No. 2:09-bk-18478-RTB<br><br>Chapter<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>3001 E. Turney Ave.<br>Phoenix, AZ 85016 |

      Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 24th day of August, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Elizabeth L. Arenas filed a voluntary petition for protection under Chapter of the Bankruptcy Code. Jill H. Ford was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> LOT 26, OF SHARONDALE III, ACCORDING TO THE PLAT OF RECORD IN TIlE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 62 OF MAPS, PAGE 10 AND AMENPED DEDICATION RECORDED IN DOCKET 1535, PAGE 66.

Debtor executed a Note secured by a Deed of Trust, dated January 12, 2006, recorded in the office of the Maricopa County Recorder's Office. A true copy of the Deed of Trust is annexed as Exhibit "A", respectively, and made a part hereof by this reference.

Movant is the holder of the Note and owner of the beneficial interest in the Deed of Trust and is the real party in interest. The Mortgage Electronic Registration Systems, Inc. Servicer Identification Number is attached hereto as Exhibit "B".

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after April 1, 2009.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtor and the bankruptcy estate have no equity in the property. Pursuant to Debtor's Statement of Intentions the debtor intend on surrendering the title and possession interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "C".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 3001 E. Turney Ave. Phoenix, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 24th day of August, 2009.

                        TIFFANY & BOSCO, P.A.

                        By  /s/ MSB # 010167
                              Mark S. Bosco
                              Leonard J. McDonald
                              2525 East Camelback Road, Suite 300
                              Phoenix, Arizona 85016
                              Attorneys for Movant